# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140995

NIKA BROWN,
          Plaintiff-Appellant,

v                                                    SC: 140995
                                                     COA: 295017
                                                     Genesee CC: 08-089370-NZ
ELIZABETH JONES and M.A.C.
COSMETICS,
          Defendants-Appellees.
_____/

On order of the Court, the application for leave to appeal the March 17, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010                                        _____
d0719                                                               Clerk